**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**DAVID GABRIEL COLEMAN,**

**Plaintiff,**

**vs.** **Case No. 4:26cv226-MCR-MAF**

**ETHAN MILLER, et al.,**

**Defendants.**
_________________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on August 6, 2026. ECF No. 9. Plaintiff was furnished a copy of the Report and Recommendations and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). *See* also ECF No. 8. There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted. This case is **DISMISSED** for failure to prosecute and comply with Court Orders.

Accordingly, it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** for failure to prosecute and failure to comply with Court Orders.

3. The Clerk of Court is directed to enter judgment and close the file.

**DONE AND ORDERED** this 4th day of November 2026.

*M. Casey Rodgers*

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE